IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHUCKIE LEE,

    Defendant.

Case No. 3:05cr75 (1)

JUDGE WALTER HERBERT RICE

---

ENTRY SENTENCING DEFENDANT TO STATED TERM AS A
CONDITION FOR VIOLATION OF SUPERVISED RELEASE, PURSUANT
TO 18 U.S.C. § 3563(b)(22); SUPERVISED RELEASE NOT TOLLED;
REQUEST OF BUREAU OF PRISONS; RIGHT OF APPEAL EXPLAINED
AND UNDERSTOOD

---

On September 8, 2011, the Defendant, having been found in violation of his reimposed period of supervised release which began April 14, 2011, appeared in open Court for final disposition.

Rather than revoking the Defendant's supervised release, the Court modified same by requiring him to spend 61 days of confinement, from his voluntary surrender of September 12, 2011, as a further condition of his supervised release, as a result of his violations of that status.

It is the request of this Court, that the Bureau of Prisons designate the

Montgomery County or Butler County, Ohio, jail as the place of the Defendant's designation.

Given that the Defendant's supervised release has not been revoked, this Court will not order the 61 days to be tolled from the running of his time on supervised release, a status which is anticipated to expire on February 2, 2014.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

September 30, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Bill Schenck, AUSA
Tom Anderson, Esq.
United States Marshal
Brett Handmaker, U.S. Probation Officer