IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHUCKIE LEE,

    Defendant.

Case No. 3:05cr75 (1)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-IMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH FURTHER RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON CERTAIN STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On July 30, 2012, the Defendant, having previously been found in violation of his re-imposed period of supervised release which began in December, 2012, appeared in open Court for final disposition.

Pursuant to the record made at that time, the Defendant's re-imposed period of supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons for a period of 220 days, with a re-imposed period of supervised release of three years, minus 71 days, minus the 220 days imposed herein, subject to the following conditions:

1. He is to fulfill all of the previously undischarged conditions of probation.
2. He is to report within the first working day following his release from the sentence imposed herein, to Mr. Michael Ward at the Office of Ex-Offender Reentry where he is to actively participate in his work with the ACTS Program, a four day program from Monday through Thursday.
3. On the fifth day, a Friday, the Defendant will spend discharging his community service obligations to which the Court would add an additional 100 hours of community service, on a schedule and with an agency to be determined by and between the Defendant and the Probation Department.
4. He is to spend the first 60 days of the re-imposed period of supervised release on electronically monitored home confinement or GPS location monitoring, with release purposes only to attend sessions with Mr. Michael Ward and to attend to his community service obligations.
5. He is to work with Mr. Michael Ward until he completes the ACTS Program and the additional period of supervised release.

While the Defendant is serving his 220 day term of imprisonment, with certain credit recommended to the Bureau of Prisons, he is to begin working on

certain aspects of the ACTS Program that can be addressed, fulfilled and completed while he is in custody. Finally, while in the Montgomery County Jail, serving the sentence imposed herein, he is to receive individual therapy on a weekly basis to focus on his post traumatic stress disorder and any chemical dependency issues as well.

At some time in the future, should Mr. Lee be in full compliance of all of the aforesaid conditions of his re-imposed period of supervised release, the Court will consider allowing him to locate to the State of Texas.

This Court recommends to the Bureau of Prisons that Defendant be given credit, against the above-referenced 220 day sentence, for the 61 days in which he was incarcerated from September 12, 2011, through November 11, 2011, and any and all additional presentence jail time from his arrest on the supervised release violation adjudicated herein from May 24, 2011, through the date of sentence imposed on July 30, 2012.

This Court further recommends to the Bureau of Prisons that he be allowed to serve the remaining portion of his 220 day sentence, following the above recommended presentence jail time credit, in the Montgomery County Jail, given that the conditions and requirements imposed herein, insofar as his working with Mr. Michael Ward while incarcerated on the sentence imposed herein, would be impossible to fulfill if he were located elsewhere.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 3, 2012

                      WALTER HERBERT RICE
                      UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Vincent Popp, Esq.
United States Marshal
Laura Sebulsky, U.S. Probation Officer
John Menke, U.S. Probation Officer
Michael Ward, Montgomery County Office of Ex-Offender Reentry,
   1133 S. Edwin C. Moses Blvd., Room 104, Dayton, Ohio 45408