IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D'ANGELO MATTISON,

    Defendant.

Case No. 3:05cr075(2)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On March 28, 2013, the Defendant appeared in open court and admitted to certain allegations set forth against him in an amended Petition, filed March 18, 2013, directing him to show cause why his supervised release, a status that began August 10, 2011, should not be revoked. The Court accepted the aforesaid admissions and the Defendant was, accordingly, found in violation of his period of supervised release.

Based upon the record made in open court on the aforesaid March 28, 2013, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eighteen months, said eighteen month sentence to be served consecutively to the presently undischarged term of imprisonment ordered in the Montgomery County Court

of Common Pleas. The state sentence is to be served first. There will be no period of re-imposed supervised release to follow.

This Court recommends to the Bureau of Prisons that the aforesaid eighteen month sentence be served as close to his home in the Dayton, Ohio area as is practicable, consistent with his security status.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 9, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
U.S. Marshal